Howard Putnam Sturges et al. v. Edith Sturges Heller et al.
In the Matter of the intervening petition of Jacob A. Albert et al.
Jacob A. Albert et al., intervening petitioners, appellees, v. Grace D. Sturges et al., respondents, appellants. Gen. No. 31,814.
Jacob A. Albert et al., intervening petitioners, appellants, v. Caroline Margaret Sturges Hall et al., respondents, appellees. Gen. No. 31,816.

Intervening petitions in partition proceeding. Decree against certain respondents. Cross-appeal from decree entered in the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed in part and reversed in part and cause remanded with directions. Opinion filed December 12, 1927.

Defrees, Buckingham & Eaton, for Grace D. Sturges. West & Eckhart, for Howard Putnam Sturges. Lambert & Mayer, for Edward Spencer Sturges and Caroline Margaret Sturges Hall. Mayer, Meyer, Austrian & Platt and Hyman J. Rosenberg, for appellees in Gen. No. 31,814 and appellants in Gen. No. 31,816; Alfred S. Austrian, Henry Russell Platt and David F. Rosenthal, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

The Roy Iverson Company, appellee, v. United States Lloyd's, Inc., appellant. Gen. No. 31,913.

Action to recover on automobile fire insurance policy. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed December 12, 1927.

Wolf & Love, for appellant; Alexander Wolf, of counsel. Harry A. Biossat, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

George F. Satterlee, complainant and plaintiff in error, v. Emma A. Fuller et al., defendants and defendants in error. Gen. No. 31,623.

Bill for construction of a will. Dismissed for want of equity. Error to the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 12, 1927.

Francis M. Lowes, Edmund S. Carr and Henry N. Shabsin, for plaintiff in error. McCulloch & McCulloch, for George A. Satterlee and Illinois Merchants Trust Co., defendants.

Mr. Justice O'Connor delivered the opinion of the court.

---

Holland Furnace Company, appellee, v. Julius Janelunas, appellant. Gen. No. 31,751.

Action to recover balance due. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Warren H. Orr, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed December 12, 1927.

Harold O. Mulks, for appellant. Carl E. Abrahamson, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.